COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-15-00544-CV

Style:      Terry Neff and Iron Workers Mid-South Pension Fund v.

v. Nicholas F. Brady, David J. Butters, William E. Macaulay, Robert B. Millard,

Robert K. Moses, Jr., Robert A. Rayne, Bernard J. Duroc-Danner, Burt M. Martin, and

Weatherford International Ltd., a Swiss Corporation

Date motions filed*:      December 2, 2015

Type of motions:      Benny C. Goodman III's Unopposed Motion for *Pro Hac Vice* Admission and

Jaime J. McKey's Motion in Support of Benny C. Goodman III's Motion for *Pro Hac Vice*

Admission

Party filing motions:      Benny C. Goodman III and Jaime J. McKey (Attorneys for Appellants)

Document to be filed:

If motion to extend time:

     Original due date:

     Number of previous extensions granted:      Current Due date:

     Date Requested:

Ordered that motion is:

     ☑      **Granted**

         If document is to be filed, document due:

         ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐      Denied

     ☐      Dismissed

     ☐      Other: _____

Judge's signature:   /s/ Terry Jennings

         ☑ Acting individually      ☐ Acting for the Court

Panel consists of      _____

Date:   December 15, 2015